# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JESUS VILLA, III,<br><br>            Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | Case No. 1:20-cv-00993-SKO<br><br>**ORDER LIFTING STAY TO PERMIT SERVICE UPON DEFENDANT** |

On July 20, 2020, Plaintiff Jaime Jesus Villa, III filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his applications for disability benefits pursuant to the Social Security Act. (Doc. 1.)

On July 20, 2020, the Court entered an order staying proceedings in this matter pursuant to General Order No. 615 ("G.O. No. 615"). (Doc. 4.) G.O. No. 615, issued April 14, 2020, stays all Social Security actions filed after February 1, 2020, until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record. *See* E.D. Cal. G.O. No. 615.

Upon reconsideration of G.O. No. 615, the Court has determined that the General Order contemplated issuance of a summons and service of the complaint upon the Commissioner, despite staying the proceedings in all other regards.

Accordingly, it is hereby ORDERED that:

1. The stay in this matter shall be LIFTED for the limited purpose of issuance of the summons by the Clerk of Court to permit service of the complaint on the Commissioner; and

2. The Clerk of Court is DIRECTED to issue a summons and Consent/Decline forms only.  Pursuant to General Order No. 615, no other case documents will issue.

3. The parties are hereby notified that, <u>after service of the complaint, this action is STAYED pursuant to General Order No. 615</u>, and there will be no scheduling order or deadlines in effect during the stay.  *See* E.D. Cal. G.O. 615.  The stay will be <u>automatically lifted when the defendant files the certified copy of the administrative record, with no further order of the Court</u>.

IT IS SO ORDERED.

Dated:   **September 22, 2020**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

2