Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JAIME JESUS VILLA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JESUS VILLA, | Case No.: 1:20-cv-00993-SKO |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF; ORDER |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| | (Doc. 17) |
| Defendant. | |

Plaintiff Jaime Jesus Villa and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from November 19, 2021 to December 17, 2021 for Plaintiff to file an Opening Brief, with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first

///

///

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel's disabled mother suffered a femur/knee fracture resulting in a nonunion on March 1, 2020. Due to her underlying health conditions, and the COVID-19 pandemic there was a delay in having a surgery to correct the nonunion resulting in Counsel's mothers continual need of daily care to be mobile. Counsel's mother second revision surgery has been scheduled for October 20, 2021; however due to another lupus related infection surgery was postponed.  Counsel has had to work a modified scheduled to take care of her mother.

DATE: November 17, 2021            Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff  Jaime Jesus Villa,


DATE:  November 17. 2021
PHILLIP TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


/s/ *Sathya Oum*

BY: _____
Sathya Oum
Special Assistant United States Attorney
Attorneys for defendant Kilolo Kijakazi,
Acting Commissioner of Social Security
|*authorized by e-mail|

**ORDER**

Based upon the foregoing stipulation of the parties (Doc. 17), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including December 17, 2021, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the Scheduling Order (Doc. 16) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 18, 2021**            /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER  1:20-CV-00993-SKO**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 17, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*
_____

Monica Perales
Attorneys for Plaintiff