PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
   Social Security Administration
   160 Spear St., Suite 800
   San Francisco, CA 94105
   Telephone: (510) 970-4846
   Facsimile: (415) 744-0134
   Email: sathya.oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JESUS VILLA, III,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-0993-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>(Doc. 24) |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record.

Stip. to Remand; 1:20-CV-0993-SKO

-1-

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: May 13, 2022          LAW OFFICES OF LAWRENCE D. ROHLFING

                      By:   /s/ Monica Perales
                             MONICA PERALES
                             * By email authorization on May 12, 2022
                             Attorney for Plaintiff

Dated: May 13, 2022          PHILLIP A. TALBERT
                             United States Attorney

                      By:   /s/ Sathya Oum
                             Special Assistant United States Attorney
                             Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 24), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Jaime Jesus Villa and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **May 16, 2022**                    /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:20-CV-0993-SKO