# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JESUS VILLA, | ) Case No.: 1:20-cv-00993-SKO |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| v. | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| KILOLO KIJAKAZI, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Acting Commissioner of Social | ) AND COSTS PURSUANT TO 28 |
| Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) (Doc. 31) |
| | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. ¶ 1920 (the "Stipulation") (Doc. 31),

IT IS HEREBY ORDERED that fees and expenses in the amount of $5,000.00, as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00, as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  __**August 8, 2022**__          _____/s/ *Sheila K. Oberto*_____
                                       UNITED STATES MAGISTRATE JUDGE

-1-